UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
THOMAS AND AGNES CARVEL
FOUNDATION,                          :

                  Plaintiff,    :        **ORDER**

            -against-           :    **09 Civ. 5083 (JSR) (MHD)**

PAMELA CARVEL AND THE CARVEL    :
FOUNDATION INC.,

                  Defendants.   :
------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

        The above-captioned action was removed to this court on June

1, 2009, and defendant The Carvel Foundation Inc. has not yet

appeared in this case. As corporations may not appear pro se in

this court, see, e.g., Grace v. Bank Leumi Trust Co. of New York,

443 F.3d 180, 192 (2d Cir. 2006), The Carvel Foundation Inc. is

ORDERED to enter an appearance through counsel by **August 7, 2009**.

If it fails to do so, it will face the entry of a default judgment.

**Dated: New York, New York**
       **July 7, 2009**

                              SO ORDERED.

                              **MICHAEL H. DOLINGER**
                              **UNITED STATES MAGISTRATE JUDGE**

1

Copies of the foregoing Order have been sent today to:

Kevin A. Stevens, Esq.
98 Lafayette Avenue
Suffern, NY 10901

Ms. Pamela Carvel
The Carvel Foundation
28 Old Brompton Road
Suite 158
London SW7 3SS
England

Ms. Pamela Carvel
The Carvel Foundation
5 Tudor City Place, Apt. 102
New York, NY 10017

Ms. Pamela Carvel
The Carvel Foundation
1524 S. Ocean Dr.
Fort Lauderdale, FL 33316

Ms. Pamela Carvel
The Carvel Foundation
757 SE 17th Street, Suite 417
Fort Lauderdale, FL 33316