```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
THOMAS AND AGNES CARVEL
FOUNDATION,                      :

                  Plaintiff,    :     ORDER

          -against-              :     09 Civ. 5083 (JSR) (MHD)

PAMELA CARVEL AND THE CARVEL     :
FOUNDATION INC.,

                  Defendants.    :
------------------------------x
PAMELA CARVEL,
                                 :
     Counterclaim Plaintiff,
                                 :
          -against-
                                 :
THOMAS AND AGNES CARVEL
FOUNDATION (alleged),            :
WILLIAM GRIFFIN AND
KEVIN STEVENS,                   :

     Counterclaim Defendants.    :
------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Counterclaim defendants having filed a motion to dismiss counterclaims and for sanctions on August 28, 2009, it is hereby **ORDERED** that counterclaim plaintiff is to serve and file any response to counterclaim defendants' motion by **Thursday, September 24, 2009**. Counterclaim defendants must serve and file any reply by **Thursday, October 1, 2009**.

DATED:  New York, New York
        September 3, 2009

                                    SO ORDERED.

                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE

A copy of the foregoing Order has been mailed this date to:

Ms. Pamela Carvel
28 Old Brompton Road
Suite 158
London SW7 3SS
England

Joan Magoolaghan, Esq.
221 Devoe Ave.
Yonkers, NY 10705