```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
THOMAS AND AGNES CARVEL
FOUNDATION,                     :

            Plaintiff,          :      ORDER

       -against-                :      09 Civ. 5083 (JSR) (MHD)

PAMELA CARVEL AND THE CARVEL    :
FOUNDATION INC.,

            Defendants.         :
-------------------------------x
PAMELA CARVEL,
                                :
       Counterclaim Plaintiff,
                                :
       -against-

                                :
THOMAS AND AGNES CARVEL
FOUNDATION (alleged),           :
WILLIAM GRIFFIN AND
KEVIN STEVENS,                  :

       Counterclaim Defendants. :
-------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Defendant Pamela Carvel having served an affidavit and memorandum of law in support of a motion for sanctions and treble damages under Judiciary Law § 487 against plaintiff and its lawyers on September 24, 2009, we deem this a motion for sanctions and it is hereby **ORDERED** that plaintiff is to serve and file any response to the motion by **Thursday, October 8, 2009.** Defendant must serve and file any reply by **Thursday, October 15, 2009.**

DATED: New York, New York
       September 29, 2009

                              SO ORDERED.


                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE


A copy of the foregoing Order has been mailed this date to:

Ms. Pamela Carvel
28 Old Brompton Road
Suite 158
London SW7 3SS
England

Kevin Stevens, Esq.
98 Lafayette Ave.
Suffern, NY 10901

Joan Magoolaghan, Esq.
221 Devoe Ave.
Yonkers, NY 10705